IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES SOUTHERN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4026

Opinion filed November 2, 2016.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Dane K. Chase, St. Petersburg, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney
General, Tallahassee, for Appellee.

ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

By its order dated September 21, 2016, the Florida Supreme Court, citing

Falcon v. State, 162 So. 3d 954 (Fla. 2015) and Landrum v. State, 192 So. 3d 459

(Fla. 2016), instructed this court to remand Appellant's case "for resentencing in

conformance with chapter 2014-220, Laws of Florida, which has been codified in

sections 775.082, 921.1401, and 921.1402 of the Florida Statutes." In accordance

with that order, we withdraw our previously entered opinion and mandate and REMAND for resentencing.

REVERSED and REMANDED.

ROWE, BILBREY, and KELSEY, JJ., CONCUR.